■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on July 28, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Kassal, JJ.

■ JOHN O'CARROLL, Respondent, v TISHMAN SPEYER 520 VENTURE et al., Appellants and Third-Party Plaintiffs-Appellants. MODEL METAL INDUSTRIES, INC., Third-Party Defendant-Respondent.—Judgment, Supreme Court, New York County (Robert Doran, J.), entered on September 29, 1987, unanimously affirmed on the issue of liability only. We do not reach the issue of damages in light of the representation made in open court that the parties have entered into a stipulation with respect to the issue of damages. No opinion. Concur— Ross, J. P., Milonas, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES LEE, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on May 4, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Milonas, Ellerin and Wallach, JJ.